FREDERICK KLEIN, Respondent, *v.* EAST RIVER ELECTRIC LIGHT COMPANY (Thereafter Known as the THOMSON-HOUSTON ELECTRIC COMPANY) et al., Appellants.

(Submitted October 2, 1905; decided October 10, 1905.)

Motion to amend remittitur or for reargument denied, without costs.  (See 182 N. Y. 27.)

---

In the Matter of the Appraisal under the Transfer Tax Act of the Estate of LINDA Dows COOKSEY, Deceased.

ALEXANDER E. ORR et al., as Executors of and Trustees under the Will of DAVID Dows, SR., Deceased, et al., Appellants; OTTO KELSEY, as Comptroller of the State of New York, Respondent.

(Submitted October 2, 1905; decided October 10, 1905.)

Motion for reargument denied, with ten dollars costs. (See 182 N. Y. 92.)

---

W. MARTIN JONES, Appellant, *v.* NEW YORK CENTRAL AND HUDSON RIVER RAILROAD COMPANY, Respondent.

(Submitted October 2, 1905; decided October 10, 1905.)

Motion for reargument denied, with ten dollars costs. (See 179 N. Y. 539.)